AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sontchi, Christopher S. | Delaware - Bankruptcy Court | 7/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

824 Market Street
5th Floor
Wilmington, Delaware 19899

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Turnaround Management Association |
| 2. | Trustee | Turnaround Mnagement Association Philadelphia and Delaware Chapter |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2018 | University of Chicago Law School | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | self-employed physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The M&A Advisor Summit | 03/19/18 - 03/22/18 | Palm Beach, FL | Panel member for seminar | Meals, lodging, tuition, and travel |
| 2. | American Bankruptcy Institute: New York City Conference | 05/23/18 - 05/24/18 | New York, NY | Panel member for seminar | Meals, lodging, tuition, and travel |
| 3. | Turnaround Management Association: Mid-Atlantic Regional Symposium | 06/06/18 - 06/07/18 | Atlantic City, NJ | Panel member for seminar | Meals, lodging, tuition, and travel |
| 4. | American Bankruptcy Institute: Mid-Atlantic Conference | 08/02/18 - 08/03/18 | Hershey, PA | Panel member for seminar | Meals, lodging, tuition and travel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sontchi, Christopher S. | 7/13/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Credit Research Foundation Conference | 10/22/18 - 10/23/18 | Salt Lake City, UT | Panel member for seminar | Meals, lodging, tuition, and travel |
| 6. | Association of Insolvency and Restructuring Advisors Conference | 11/12/18 - 11/13/18 | New York, NY | Panel member for seminar | Meals, lodging, tuition, and travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia Educaion Services | Spouse's Education Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WSFS Bank | A | Interest | L | T | | | | | |
| 2. DEXSTA Federal Credit Union | A | Interest | J | T | | | | | |
| 3. Brokerage Account #1 | | None | J | T | | | | | |
| 4. 529 Plan #1 | | | | | | | | | |
| 5. - John Hancock, Freedom 529 College 2013-2016 | | None | M | T | | | | | |
| 6. 529 Plan #2 | | | | | | | | | |
| 7. - John Hancock, Freedom 529 College 2017-2020 | | None | M | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 10. - American Funds, Europacific Growth Fund | A | Dividend | K | T | Sold (part) | 10/17/18 | K | | |
| 11. - John Hancock Disciplined Value Fund | A | Dividend | | | Sold (part) | 09/14/18 | J | | |
| 12. | | | | | Sold | 10/16/18 | K | | |
| 13. - Brown Advisory Growth Equity Fund | A | Dividend | | | Sold | 10/15/18 | K | | |
| 14. - Metropolitan West Total Return Bond Fund | A | Dividend | L | T | Buy (add'l) | 10/16/18 | J | | |
| 15. - Lazard Emerging Markets Equity | A | Dividend | | | Sold | 10/15/18 | J | | |
| 16. - AMG SouthernSun U.S. Equity Fund | A | Dividend | | | Sold | 09/13/18 | K | | |
| 17. - JP Morgan Value Advantage Fund | A | Dividend | | | Sold | 09/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Clearbridge Aggressive Growth Fund | A | Dividend | | | Sold | 10/15/18 | K | | |
| 19. - Victory Integrity Small Cap Value Fund | A | Dividend | | | Sold (part) | 09/13/18 | J | | |
| 20. | | | | | Sold | 10/15/18 | J | | |
| 21. - ISHARES TR CORE US AGGBD ET | A | Dividend | L | T | Buy (add'l) | 10/17/18 | K | | |
| 22. - ISHARES TR MIN VOL USA ETF | A | Dividend | K | T | Buy (add'l) | 10/17/18 | J | | |
| 23. - ISHARES TR CORE MSCI EAFE | A | Dividend | K | T | Buy (add'l) | 10/17/18 | J | | |
| 24. - Vanguard Index Funds S&P 500 ETF SHS NEW | A | Dividend | K | T | Sold (part) | 10/17/18 | K | | |
| 25. - American Mutual Fund | A | Dividend | K | T | Buy | 10/16/18 | K | | |
| 26. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 27. - Dodge & Cox Income Fund | A | Dividend | L | T | Buy | 10/15/18 | K | | |
| 28. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 29. - Loomis Sayles Growth Fund | A | Dividend | K | T | Buy | 10/15/18 | K | | |
| 30. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 31. - Parnassus Mid Cap Fund | A | Dividend | K | T | Buy | 10/15/18 | J | | |
| 32. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 33. - Pimco Low Duration Fund | A | Dividend | K | T | Buy | 10/15/18 | J | | |
| 34. | | | | | Buy (add'l) | 10/16/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PGIM High Yield Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 36. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 37. - T. Rowe Price Small Cap Value Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 38. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 39. - Western Asset Total Return Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 40. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 41. - Meridian Growth Fund | | | | | Buy | 09/13/18 | K | | |
| 42. | | | | | Sold | 10/15/18 | J | | |
| 43. - Nuance Mid Cap Value Fund | | | | | Buy | 09/13/18 | K | | |
| 44. | | | | | Sold | 10/15/18 | K | | |
| 45. IRA #2 | | | | | | | | | |
| 46. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 47. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 48. IRA #3 | | | | | | | | | |
| 49. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 50. - American Funds, Europacific Growth Fund | A | Dividend | K | T | Sold (part) | 03/21/18 | J | | |
| 51. | | | | | Sold (part) | 10/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - John Hancock Disciplined Value Fund | A | Dividend | | | Buy (add'l) | 09/14/18 | J | | |
| 53. | | | | | Sold | 10/16/18 | K | | |
| 54. - Brown Advisory Growth Equity Fund | A | Dividend | | | Sold (part) | 03/20/18 | J | | |
| 55. | | | | | Sold | 10/15/18 | J | | |
| 56. - Metropolitan West Total Return Bond Fund | A | Dividend | K | T | Buy (add'l) | 03/20/18 | J | | |
| 57. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 58. - Lazard Emerging Markets Equity | A | Dividend | | | Sold | 10/15/18 | J | | |
| 59. - AMG SOUTHERNSUN U.S. Equity Fund | A | Dividend | | | Sold | 09/13/18 | J | | |
| 60. - JP Morgan Value Advantage Fund | A | Dividend | | | Sold | 09/13/18 | J | | |
| 61. - Clearbridge Aggressive Growth Fund | A | Dividend | | | Sold | 10/15/18 | J | | |
| 62. - Victory Integrity Small Cap Value Fund | A | Dividend | | | Sold (part) | 09/13/18 | J | | |
| 63. | | | | | Sold | 10/15/18 | J | | |
| 64. - ISHARES TR CORE US AGGBD | A | Dividend | K | T | Buy (add'l) | 03/21/18 | J | | |
| 65. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 66. - ISHARES TR MIN VOL USA ETF | A | Dividend | J | T | Buy (add'l) | 10/17/18 | J | | |
| 67. - ISHARES TR CORE MSCI EAFE | A | Dividend | J | T | Buy (add'l) | 03/21/18 | J | | |
| 68. | | | | | Buy (add'l) | 10/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vanguard Index Funds S&P 500 ETF SHS NEW | A | Dividend | K | T | Sold (part) | 10/17/18 | J | | |
| 70. - American Mutual Fund | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 71. - Dodge & Cox Income Fund | A | Dividend | K | T | Buy | 10/15/18 | K | | |
| 72. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 73. - Loomis Saylles Growth Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 74. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 75. - Parnassus Mid Cap Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 76. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 77. - Pimco Low Duration Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 78. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 79. - PGIM High Yield Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 80. - T. Rowe Price Small Cap Value Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 81. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 82. - Western Asset Total Return Fund | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 83. - Meridian Growth Fund | | | | | Buy | 09/13/18 | J | | |
| 84. | | | | | Sold | 10/15/18 | J | | |
| 85. - Nuance Mid Cap Vlue Fund | | | | | Buy | 09/13/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 10/15/18 | J | | |
| 87. IRA #4 | | | | | | | | | |
| 88. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 89. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 90. 401(k) Plan #2 | | | | | | | | | |
| 91. - JH LS Grow Active Strategy Fund | A | Dividend | N | T | | | | | |
| 92. Nationwide Flexible Prem. Variable Universal Life Policy #1 | | | | | | | | | |
| 93. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |
| 94. Nationwide Flexible Prem. Variable Universal Life Policy #2 | | | | | | | | | |
| 95. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 7/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 5, line 3: The entire balance in this account was withdrawn in 2007. This account remains open but had a balance of $0.00 throughout the reporting period.

2) Part VII, page 5, line 11(2017 report): The entire balance of Deutsche Global Real Estate Securities Fund was sold on January 11, 2017.

3) Part VII, page 5, line 12 (2017 report): The entire balance of Wells Fargo Advantage International Value Fund was sold on January 11, 2017.

4) Part VII, page 5, line 12: The entire balance of John Hancock Disciplined Value Fund was sold on October 16, 2018.

5) Part VII, page 5, line 13 (2017 report): The entire balance of MFS Research Fund was sold on January 11, 2017.

6) Part VII, page 5, line 13: The entire balance of Brown Advisory Growth Equity Fund was sold on October 15, 2018

7) Part VII, page 5, line 14 (2017 report): The entire balance of AMG River Road Small Cap Value Fund was sold on January 11, 2017.

8) Part VII, page 5, line 15 (2017 report): The entire balance of JP Morgan U.S. Large Cap Core Plus Fund was sold on January 9, 2017.

9) Part VII, page 5, line 15: The entire balance of Lazard Emerging Markets Equity was sold on October 15, 2018.

10) Part VII, page 5, line 16: The entire balance of AMG SouthernSun U.S. Equity Fund was sold on September 13, 2018.

11) Part VII, page 5, line 17 (2017 report): The entire balance of JP Morgan Mid Cap Value Fund was sold on January 9, 2017.

12) Part VII, page 5, line 17: The entire balance of JP Morgan Value Advantage Fund was sold on September 13, 2018.

13) Part VII, page 6, line 18: The entire balance of Clearbridge Aggressive Growth Fund was sold on October 15, 2018.

14) Part VII, page 6, line 19 (2017 report): The entire balance of MFS International Growth Fund was sold on January 11, 2017.

15) Part VII, page 6, line 20 (2017 report): The entire balance of AMG Times Square Small Cap Growth Fund was sold on January 11, 2017.

16) Part VII, page 6, line 20: The entire balance of Victory Integrity Small Cap Value Fund was sold on October 15, 2018.

17) Part VII, page 6, line 21 (2017 report): The entire balance of AQR Managed Futures Strategy Fund was sold on January 9, 2017.

18) Part VII, page 6, line 22 (2017 report): The entire balance of Baird Aggregate Bond Fund was sold on January 9, 2017.

19) Part VII, page 6, line 23 (2017 report): The entire balance of Clarkston Partners Fund was sold on January 9, 2017.

20) Part VII, page 6, line 25 (2017 report): The entire balance of Hartford Mid Cap Fund was sold on January 11, 2017.

21) Part VII, page 6, line 27 (2017 report): The entire balance of Victory Trivalent International Small-Cap Fund was sold on January 9, 2017.

22) Part VII, page 7, line 42: The entire balance of Meridian Growth Fund was sold on October 15, 2018

23) Part VII, page 7, line 44: The entire balance of Nuance Mid Cap Value Fund was sold on October 15, 2018.

24) Part VII, page 8, line 53 (2017 report): The entire balance of Deutsche Global Real Estate Securities Fund was sold on January 11, 2017.

25) Part VII, page 8, line 53: The entire balance of John Hancock Disciplined Value Fund was sold on October 16, 2018.

26) Part VII, page 8, line 54 (2017 report): The entire balance of Wells Fargo Advantage International Value Fund was sold on January 11, 2017.

27) Part VII, page 8, line 55 (2017 report): The entire balance of MFS Research Fund was sold on January 11, 2017.

28) Part VII, page 8, line 55: The entire balance of Brown Advisory Growth Equity Fund was sold on October 15, 2018.

29) Part VII, page 8, line 56 (2017 report): The entire balance of AMG River Road Small Cap Value Fund was sold on January 11, 2017.

30) Part VII, page 8, line 57 (2017 report): The entire balance of JP Morgan U.S. Large Cap Core Plus Fund was sold on January 9, 2017.

31) Part VII, page 8, line 58: The entire balance of Lazard Emerging Markets Equity was sold on October 15, 2018.

32) Part VII, page 8, line 59 (2017 report): The entire balance of JP Morgan Mid Cap Value Fund was sold on January 9, 2017.

33) Part VII, page 8, line 59: The entire balance of AMG SOUTHERNSUN U.S. Equity Fund was sold on September 13, 2018.

34) Part VII, page 8, line 60: The entire balance of JP Morgan Value Advantage Fund was sold on September 13, 2018.

35) Part VII, page 8, line 61 (2017 report): The entire balance of MFS International Growth Fund was sold on January 11, 2017.

36) Part VII, page 8, line 61: The entire balance of Clearbridge Aggressive Growth Fund was sold on October 15, 2018.

37) Part VII, page 8, line 62 (2017 report): The entire balance of AMG Times Square Small Cap Growth Fund was sold on January 11, 2017.

38) Part VII, page 8, line 63 (2017 report): The entire balance of AQR Managed Futures Strategy Fund was sold on January 9, 2017.

39) Part VII, page 8, line 63: The entire balance of Victory Integrity Small Cap Value Fund was sold on October 15, 2018.

40) Part VII, page 8, line 64 (2017 report): The entire balance of Baird Aggregate Bond Fund was sold on January 9, 2017.

41) Part VII, page 8, line 65 (2017 report): The entire balance of Clarkston Partners Fund was sold on January 9, 2017.

42) Part VII, page 8, line 67 (2017 report): The entire balance of Hartford Mid Cap Fund was sold on January 11, 2017.

43) Part VII, page 9, line 69 (2017 report): The entire balance of Victory Trivalent International Small-Cap Fund was sold on January 9, 2017.

44) Part VII, page 9, line 84: The entire balance of Meridian Growth Fund was sold on October 15, 2018.

45) Part VII, page 10, line 86: The entire balance of Nuance Mid Cap Vlue Fund was sold on October 15, 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher S. Sontchi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544